[No. 3354-1.    Division One.    June 28, 1976.]

JAMES F. FLYNN, *Respondent*, v. WILLIAM A. HARDISTY, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for San Juan County, No. 2870, Howard A. Patrick, J., entered October 4, 1974. *Affirmed* by unpublished opinion per Revelle, J. Pro Tem., concurred in by Williams, C.J., and Swanson, J.

[No. 3478-1.    Division One.    June 28, 1976.]

J. E. MEAKER, ET AL, *Plaintiffs*, v. BALLARD MORTGAGE COMPANY, INC., *Appellant*, AMERICAN GUARANTY LIFE INSURANCE COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 745661, David C. Hunter, J., entered November 22, 1974. *Affirmed* by unpublished opinion per Farris, J., concurred in by Callow and Andersen, JJ.

[No. 3893-1.    Division One.    June 28, 1976.]

THE STATE OF WASHINGTON, *Respondent*, v. LAURETHA TALLEY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 70363, Erle W. Horswill, J., entered May 15, 1975. *Affirmed* by unpublished per curiam opinion.

[No. 4007-1.    Division One.    June 28, 1976.]

THE STATE OF WASHINGTON, *Respondent*, v. HARRY JAMES VILLA, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 71128, Horton Smith, J., entered July 28, 1975. *Affirmed* by unpublished per curiam opinion.